IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3-06-mj-1015 |
| v. | ) | |
| | ) | |
| JOSE SANTOS | ) | |

O R D E R

The government's motion to dismiss complaint and withdraw warrant (Docket Entry No. 3) is GRANTED.

The criminal complaint executed on March 28, 2006, is hereby DISMISSED.

The United States Marshal is directed to return unexecuted the warrant issued on March 28, 2006.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge